OA 91 Criminal Complaint

# United States District Court

FILED

NORTHERN _____ DISTRICT OF _____ 2008 FEB 11 P 1:10 CALIFORNIA

RICHARD W. WIEKING
CLERK
N. DIST. OF CA S.J.

UNITED STATES OF AMERICA      SEALED BY ORDER
V.                            OF THE COURT
JAMES EDWARD MOORE, JR.

CRIMINAL COMPLAINT

Case Number:

**08-70069 - PVT**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my knowledge and belief. On or about 10/11/07 and 12/20/07 (Date) in Santa Cruz County, in the Northern District of California defendant(s) did,

(Track Statutory Language of Offense)
knowingly possess with intent to distribute anabolic steroids, a Schedule III controlled substance

in violation of Title 21 United States Code, Section(s) 841(a)(1).

Maximum penalty per count: Five years imprisonment, $250,000 fine, Up to two years supervised release, $100 special assessment fee

NO BAIL ARREST WARRANT REQUESTED

I further state that I am a(n) United States Postal Inspector and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved As To Form: Jeff Nedrow, AUSA

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

2/11/08
Date

at San Jose, California
City and State

PATRICIA V. TRUMBULL    U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

DOCUMENT NO.  CSA's INITIALS
1
DISTRICT COURT
CRIMINAL CASE PROCESSING

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Mitchell Herzog, being duly sworn, hereby depose and state the following:

## INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This Affidavit is submitted in support of a request for the issuance of a complaint and arrest warrant for James Edward Moore, Jr., a person involved in the illegal possession with intent to distribute of anabolic steroids, a federally controlled substance, in violation of 21 U.S.C. Section 841(a)(1). As described below, Moore's receipt of packages of anabolic steroids and steroid-based products from overseas locations, his possession of anabolic steroids at his residence on October 11, 2007, and his involvement with a storage locker containing anabolic steroids on December 20, 2007, provides evidence of his possession with intent to distribute of anabolic steroids in the Northern District of California, in violation of 21 U.S.C. Section 841(a)(1).

## AFFIANT'S BACKGROUND

2. I have been employed as a United States Postal Inspector since November 1985, and am currently assigned to the United States Postal Inspection Service ("USPIS") Division in San Francisco, California. As part of my duties, I investigate unlawful transportation of contraband, through the United States Mail System, including controlled substances such as anabolic steroids and steroid-based products, testosterone, heroin, cocaine, marijuana, methamphetamine, and lysergic acid diethylamide (LSD), in violation of Title 21, United States Code Sections 841 et seq. My training includes a one-week drug interdiction course conducted in McAllen, Texas, in March 2007, studying the various mailing characteristics of narcotic traffickers who transport drugs via outgoing parcels. I have interviewed witnesses and cooperating individuals regarding

1

illegal trafficking in drugs and have read official reports of other officers. Also in March 2007, I completed an online training course presented by the United States Postal Inspection Service addressing current trends in narcotics mailing, reasonable suspicion, probable cause, search warrants and profiling.

3. I am familiar with the facts as set forth herein from my personal observations, observations by other law enforcement officers as related to me in conversation and in written reports, and from documents and other evidence obtained as a result of this investigation.

## STATEMENT OF PROBABLE CAUSE

## PARCEL #1 SENT TO MOORE, AND 10/11/07 PROBATION SEARCH

4. I have obtained information about the background of this investigation from ICE Special Agent Phil Young, of the San Jose, California, Field Office, who is the case agent and who I understand to be experienced in similar investigations. Agent Young informed me that in late August 2007, an incoming International Express Mail parcel (#EA929555519CN) was examined by Department of Homeland Security, Customs and Border Protection (CBP) Inspectors in Los Angeles, California. The parcel was sent by Sany Zeng, Chungsha, Hunan, China and was addressed to Jimmy Moore Jr., at 777 Volz Lane, Santa Cruz, California, 95062. The package was opened by the CBP Inspectors pursuant to the agents' border search authority. The package contained the following items:

        a. 200 ampules of Sustanon 375, a Schedule III controlled substance.

        b. 100 ampules of Nandrolone a Schedule III controlled substance.

        c. 203 ampules of Testosterone 250 a Schedule III controlled substance.

        d. 993 tablets of Stanozolol a Schedule III controlled substance.

e. 50 vials of Chorionic Gonadotrophin a non-controlled substance used to cut anabolic steroids.

5. Agent Young told me that during the examination of the package the CBP Inspectors could not readily identify the 993 tablets. Three of the tablets were sent to the Department of Homeland Security laboratory. These tablets tested positive for Stanozolol, which is an anabolic steroid.

6. Agent Young informed me that he learned from a review of criminal history information that on August 17, 2006, James Moore, Jr. was on state probation in Santa Cruz County. The Santa Cruz County Sheriff's office was contacted and confirmed that Moore was on probation. Agent Young told me that based on the fact that a package containing controlled substances had been interdicted with Moore as the listed recipient, a probation search was executed at Moore's Santa Cruz residence on October 11, 2007.

7. Agent Young told me that Moore resided at 777 Volz Lane, Santa Cruz, California. This residence is a house for recovering drug and alcohol addicts and has approximately 5-8 residents. Moore is a manager, or caretaker, of the residence. Agent Young personally participated in the probation search and informed me of the following facts developed during the October 11, 2007 probation search. Agent Young stated that Moore was found to have a secured room in the residence, along with a secured (via chain and lock) refrigerator in the kitchen area. Other residents of the house told the investigators that only Moore had access to the refrigerator and his room. Agent Young informed me that when they arrived at the residence for the probation search, Moore was not present. A phone call was made requesting that Moore return to the residence for a probation search. Agent Young told me that Moore returned to his residence

3

at approximately 10:15 a.m.

8. I spoke to Santa Cruz County Sheriff Detective Cesar Ramirez about evidence of anabolic steroid possession and distribution which was seized from Moore's room during the October 11, 2007 probation search. Detective Ramirez told me that he personally conducted the probation search of Moore's room and the refrigerator located at 777 Volz Lane, Santa Cruz, California. Detective Ramirez said that he found anabolic steroids, Western Union Money Transfer receipts, emails discussing steroids and Tripart (a liquid commonly used for horses to ensure muscle metabolism is optimized). In particular, the following items were found in Moore's room and refrigerator located at 777 Volz Lane, Santa Cruz, California on October 11, 2007:

> a. One clear vial of "Stanabol 50" a Schedule III controlled substance known as Stanozolol.
>
> b. One vial of "Deca QV 300" a Schedule III controlled substance known as Nandrolone.
>
> c. 7 injection vilas of "Chorionic Gonadotrophin for injection"
>
> d. One container with 100 ml of Tripart Injection for Horses and Dogs.
>
> e. One container with 100 ml of L-Carnitine Injection for Horses and Dogs.
>
> f. 100 unknown white round pills.
>
> g. One vial containing a white unknown substance.
>
> h. 6 hypodermic needles with a yellow substance each with approximately 6 CC's.
>
> i. Two vials of "bacteriostatic water: for injection.
>
> j. 11 new /empty injection vials.

    k. 16 vials of "getropin 101U" recombinant growth hormone.

    l. Western Union receipt dated October 9, 2007, to Zhijum He, destined to China for $999 from Jimmy Moore. The money transfer control number ("MTCN") is 1256391404.

    m. Western Union receipt dated October 9, 2007, to Zhijum He, destined to China for $999 from Jimmy Moore. The money transfer control number ("MTCN") is 4561386010.

    n. Western Union receipt dated October 9, 2007, to Gore Elena, destined to Moldova for $970 from Jimmy Moore. The money transfer control number ("MTCN") is 9180908555.

    o. E-mail order from "AlinShop," a website used by steroid traffickers to purchase steroids and steroid-related products, for 2 SUPER TRENBOLONE, 1 SUSTANON, 1 TESTOSTERONE CYPIONATE AND 1 TESTOERONE ENANTHATE for a total of $970.

9. Agent Young informed me that James Moore Jr. consented to a voluntary interview during the October 11, 2007 probation search and provided the following information. Moore claimed he was currently disabled and that he had cardiomyopathy and problems with his kidneys. He said he was currently taking steroids to fix his hormone levels. Moore admitted to ordering steroids from a company in China named IP China. Moore said he had placed approximately six orders and each order was for $1,000 - $2,000. Moore stated he sold steroid tablets for approximately $3-$4 per tablet and sold vials of steroids for approximately $125, mostly at the local Gold's Gym. Agent Young said Moore told him he was not registered with the DEA to import or sell controlled substances. Agent Young told me that Moore drafted a sworn statement admitting to importing steroids for personal use and sales.

5

## PARCEL #2 SENT TO "DRAKE COMPANY" AT MOORE'S RESIDENCE

10. On October 17, 2007, I was at the San Jose Processing and Distribution Center, located in San Jose, California, looking for other Express Mail parcels destined to a number of addresses in Santa Cruz, California. While looking through these parcels I noticed an International Express Parcel from China addressed for delivery to James Moore, Jr.'s residence address of 777 Volz Lane, Santa Cruz, CA. On October, 22, 2007, I requested and received a federal search warrant to open the parcel which was addressed to "Drake Company" at 777 Volz Lane, Santa Cruz, California. I opened the parcel in the presence of Agent Pat Donlin, DEA. The parcel contained anabolic steroids and human growth hormones, including the following items:

   a. (5) five 10 ml containers marked "Test 400", a Schedule III controlled substance known as Testosterone.

   b. (9) nine 10 ml containers marked "Trenabol Depot" labled as British Dragon, a Schedule III controlled substance known as Trenbolone.

   c. (4) four 10 ml containers marked "Teston QV 200", a Schedule III controlled substance known as testosterone of cypionate.

   d. (1) one ml container marked "Primobolon QV 100", a Schedule III controlled substance known as Testosterone.

   e. One hundred, 10 ml containers marked "Testosterone Propionate Prop 200", a Schedule III controlled substance known as Testosterone.

   f. 80 containers of a powder, maerked "Getropin I OIU Recombinant Growth Hormone", a substance known as a Human Growth Hormone.

   g. (1) one package containing 497 yellow pills marked "IP" "25".

   h. (1) one package containing 400 light green colored pills with broken pieces and powder.

11. Based upon the discovery of anabolic steroids in this package and the above-summarized investigation into the activities of James Moore Jr., and the activities occurring at 777 Volz Lane, on October 24, 2007, I obtained an anticipatory search warrant for 777 Volz Lane based upon the anticipated acceptance of the "Drake Company" package at 777 Volz Lane. The search warrant was executed on October 25, 2007, after a housemate of Moore's accepted the package. During the subsequent search, I interviewed Moore after first advising him of his Constitutional Rights per Miranda. He agreed to speak with me and denied that the parcel sent to Drake Company was for him. During the search a container of "Teston QV 200," an anabolic steroid, was found in the room of Brad Holcomb. During this search, no anabolic steroids were found in the possession of James Moore, Jr. However, I learned from Detective Cesar Ramirez of the Santa Cruz County Sheriff's Department that the Volz Lane resident found to possess the steroid container, Brad Holcomb, admitted to purchasing the "Teston" from James Moore, Jr. Additionally, Teston QV 200 was one of the steroids which I had discovered when I opened the "Drake Company" parcel.

## PARCEL #3 SENT TO "ANGELA FORGELSON" AT MOORE'S P.O. BOX

12. As noted above, one of the items found in the October 11, 2007 probation search of Moore was a Western Union receipt dated October 9, 2007. The receipt reflected transmission of $970 to one Gore Elena in Moldova from "Jimmy Moore." In addition, a printed e-mail was found in Moore's room reflecting an order for steroids placed with the steroid distribution website AlinShop in the amount of $970. The e-mail, which appears to be a confirmation form for an order of steroids, references the name "Gore Elena" under the caption "Western Union receiver payment details," and references the "Moldova Republic" in connection

with Gore Elena. The name of the person listed as ordering the steroids was one Jeff Inlow, with a listed address of 925 38th Avenue, Santa Cruz, California. (Inlow was a person identified as an associate of Moore's during the execution of the anticipatory search warrant on October 25, 2007). While Inlow was listed as the ordering person with the 38th Avenue address under the caption "delivery address," the order form subsequently expressly requested that the steroids be shipped to one Angela Forgelson at P.O. Box 984, Capitola, California 95010. Investigation of P.O. Box 984 revealed that James Moore, Jr. is the registered boxholder for P.O. Box 984. I placed a parcel watch for mail addressed to P.O. Box 984, Capitola, California 95010 based upon the above-summarized evidence suggesting a package of steroids was going to be sent to P.O. Box 984. I subsequently learned that a parcel addressed to Angela Forgelson had been received in Santa Cruz consistent with the parcel watch. I made arrangements for the parcel to be available for me to pick up at the East Santa Cruz Station.

13. On October, 22, 2007, I requested and received a federal search warrant to open the parcel which was addressed to Angela Forgelson at P.O. Box 984, Capitola, California 95010. I opened the parcel in the presence of Agent Phil Young, ICE. The parcel contained sixteen, 5 ml packages marked "Aromathekapyoil." On November 6, 2007, I transferred these 16 packages to Special Agent Pat Donlin, DEA for the submission of a laboratory analysis to determine the nature of these packages. On January 7, 2008, I received a copy of a Laboratory Report dated 12/28/07 which was the result of the lab analysis of the 16 containers submitted by Special Agent Pat Donlin, DEA. The substance in the containers was 43.0 ml of testosterone enanthate and 42.9 ml of testosterone cypionate, both anabolic steroids and controlled substances under federal law.

## 12/20/07 DISCOVERY OF STEROIDS IN STORAGE LOCKER USED BY MOORE

14. In addition to the above-summarized three packages containing anabolic steroids associated with Moore, I have received information from Detective Cesar Ramirez, Santa Cruz County Sheriff's Office, regarding a separate discovery of steroids in a storage facility located in Santa Cruz with links to Moore. On December 20, 2007, Sherriff's Office officials conducted a state probation search at Brommer Street Mini Storage, 1300 Brommer Street, Unit #C-54 pursuant to their investigation of one Paul Munster for conduct unrelated to steroid distribution. Inside Munster's storage locker, investigators found a box containing a variety of suspected steroids and paraphernalia. The box contained anabolic steroids and human growth hormones, including the following items:

    a. 282 vials of 200mg/ 1ml "Boldenone Undecylenate" an anabolic steroid developed for veterinary use, mostly for treatment of horses.

    b. 90 vials of 200 mg/2 ml "Testosterone Propionate" a Schedule III controlled substance.

    c. 411 vials of of 250 mg/2ml "Testosterone Enanthate" a Schedule III controlled substance.

    d. 70 vials of 2ml "Sterile Water for Injection."

    e. 77 vials of "Chorionoc Gonadotrophin For Injection" a human growth hormone.

    f. 27 vials of 200 mg/1ml "Nadrolone Decanoate" a Schedule III controlled substance.

    g. 120 vials of "Sustanon 250" a Schedule III controlled substance.

    h. Numerous unused needles in various sizes.

    i. Numerous alcohol swabs & wipes.

j. One prescription bottle containing yellow circular tablets with "IP" and "25" marked on each tablet.

k. 1 bottle and 1 bag containing pink circular tablets with no markings.

l. Two bags containing pink circular tablets marked with "IP" & "20."

m. Two bottles containing blue circular tablets marked with a picture of a snake.

n. One bottle containing blue circular tablets marked with "IP" & "50."

o. One bottle containing pink square tablets marked with "BD" & "10."

p. One bottle containing orange square tablets marked with "BD" & "10."

q. One bag containing blue triangular tablets with no marking.

r. One bag containing blue circular tablets marked with "IP" on both sides.

s. One bottle containing light pink square tablets marked with "BD" & "10."

t. One bottle containing yellow square tablets marked with "BD" & "50."

u. One bottle containing a mix of the following tablets:

- green circular marked with "IP."
- white circular tablets marked with "C."
- white circular no markings.
- yellow circular no markings.

v. One bottle containing yellow square tablets marked with "BD" & "50."

w. One bottle containing blue circular tablets marked with the picture of a snake.

x. One bottle containing green capsules marked with "Sonata" & "10mg."

y. Eleven, 10 ml containers of "Test 400" a Schedule III controlled substance known as Testosterone.

z. Two, 10 ml containers of "Primobolon QV 100" a Schedule III controlled substance known as Testosterone.

    aa. Four, 10ml containers of "Teston QV 200" a Schedule III controlled substance known as testosterone of cypionate.

    bb. Five, 10 ml containers of "Trenabol Depot" a Schedule III controlled substance known as Trenbolone.

    cc. Two, 10 ml containers of "Bold QV 200" a Schedule III controlled substance known as Boldenone.

    dd. One, 100 ml bottle marked "Sterile Cottonseed Oil USP."

    ee. Seven unused clear bottles.

    ff. One bottle marked "BCAA 5000 Powder" the bottle contained one bag with pink circular tablets with no markings.

15. Based on the above-summarized facts, state law enforcement requested and received a search warrant for the residence located at 1803 Felt St. #C in Santa Cruz, the residence of Munster's girlfriend, in furtherance of the investigation of Munster. While executing that state search warrant on December 21, 2007, James Moore, Jr. arrived at that location. Moore was detained. After Detective Ramirez confirmed that Moore was on state probation with a search condition, Detective Ramirez conducted a probation search of Moore's vehicle. Detective Ramirez found a set of keys which included a lock key. The key was compared to the key that had been seized earlier from Paul Munster's room pursuant to the probation search of Munster. Detective Ramirez determined that the keys matched. Detective Ramirez had learned from another law enforcement officer that James Moore, Jr., had contacted the staff at the Brommer Street Storage Facility complaining that someone had been in storage unit #54 and that items were missing, conduct which indicated that Moore had a level of knowledge and involvement with the contents of storage unit #C-54. Moore had apparently demanded to see the surveillance videos relating to the unit. The storage facility's management had told Moore that there were

only two keys to the lock. Moore claimed his girlfriend "Zoe" had the other key. Detective Ramirez told me this incident occurred after Paul Munster was in custody and the storage locker had been searched.

16. Detective Ramirez told me Moore noticed Detective Ramirez comparing keys from Moore's key ring. Detective Ramirez told Moore that law enforcement had found stolen property and steroids at a storage locker on Brommer St. Detective Ramirez asked Moore if he knew which storage locker Detective Ramirez was talking about. Moore replied that he had "no idea" what storage locker he was talking about. Moore acknowledged that he was given the key on his key ring, and told if anything happens, to give it to Paul's girlfriend. Detective Ramirez said he confronted Moore about complaining to management at the storage locker and that Moore indicated at that point that he didn't want to answer any further questions. While transporting Moore to jail, Detective Ramirez stopped at the Brommer Street Storage Facility and went to storage unit C-54. Using the key found in Moore's possession, he successfully opened the lock to storage unit C-54.

//

//

//

//

//

//

//

//

## CONCLUSION

17. Based on the foregoing information, including Moore's association with three packages of anabolic steroids sent to Santa Cruz from overseas locations, his admitted possession of anabolic steroids in his room on October 11, 2007, and his possession and control over a storage locker containing anabolic steroids on December 20, 2007, there is probable cause to believe that James Edward Moore, Jr., did knowingly possess with intent to distribute anabolic steroids, in violation of 21 U.S.C. Section 841(a)(1).

Mitchell A. Herzog
Postal Inspector

Subscribed and sworn to me this  11  day of February, 2008.

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE