SEALED BY ORDER OF THE COURT

FILED

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5045
Facsimile: (408) 535-5066

2008 FEB 11  P 1: 10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: The Matter of The Complaint Pertaining to
James Edward Moore, Jr.

_____

)
)
)
)
)
)
)
)

No.  CR

08 - 70069  PVT

SEALING APPLICATION AND
[PROPOSED] ORDER

The United States requests that the above-referenced complaint, as well as this application
and order, be sealed and not made available to the public until there has been a further order of
the Court.

In support of this sealing application, the United States represents that the ongoing
investigation in this case could be jeopardized by premature release to the subject of the
investigation or to the public the details of the government's investigation.

//

//

//

//

//

DOCUMENT NO.    CSA's
                INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING

1  Under such circumstances, a sealing order is both necessary and appropriate to ensure the

2  ongoing confidentiality of the investigation.

3  DATED: 2/11/08                        Respectfully submitted,

4                                        SCOTT N. SCHOOLS
                                         United States Attorney
5

6                                        JEFFREY D. NEDROW
                                         Assistant United States Attorney
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28