SEALED BY ORDER
OF THE COURT

1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   JEFFREY D. NEDROW (CABN 161299)
    Assistant United States Attorney

5
    150 Almaden Boulevard, Suite 900
6   San Jose, California 95113
    Telephone: (408) 535-5045
7   Facsimile: (408) 535-5066

8   Attorneys for Plaintiff

9

FILED

2008 FEB 11  P 1:10

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13

14  IN RE: The Matter of The Complaint Pertaining to   )   No.  CR
    James Edward Moore, Jr.                             )

15                                                          08 - 70069 PVT

16                                                          SEALING ORDER

17  _____ )

18      Upon application of the United States and good cause appearing, IT IS HEREBY

19  ORDERED that the above-referenced complaint affidavit, as well as the sealing application and

20  order, be sealed and not made available to the public until there has been a further order of the

21  Court.

22  IT IS SO ORDERED.

23

24  DATED: 2/11/08                    _Patricia V. Trumbull_
                                      PATRICIA V. TRUMBULL
25                                    UNITED STATES MAGISTRATE JUDGE

26

27                                    | DOCUMENT NO | CSA's INITIALS |
                                      |-------------|----------------|
28                                    |             |                |

                                      DISTRICT COURT
                                      CRIMINAL CASE PROCESSING